**Order entered February 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01325-CR

**RONNIE JOE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-18-0309**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing on counsel. Retained counsel Lara Bracamonte Davila then filed a motion to dismiss the appeal. The motion is not signed by appellant. *See* TEX. R. APP. P. 42.2(a). We **DENY** the motion without prejudice to filing a motion that complies with rule 42.2(a) within **FIFTEEN DAYS** of the date of this order. Should counsel fail to do so, we will abate the appeal for a hearing.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Rakow, Presiding Judge, 439th Judicial District Court; Lara Bracamonte Davila, and the Rockwall County District Attorney's Office.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE